# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL L. SHERED & TAMMIE M. SHERED  
3853C SOUTH POINTE DRIVE  
DEKALB, IL  60115  

SSN-xxx-xx-1016 & xxx-xx-2192

Case Number: 07-70802

Case filed on: 4/5/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $345.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | NIEBUHR LAW FIRM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ILLINOIS DEPARTMENT OF REVENUE | 60.00 | 60.00 | 0.00 | 0.00 |
|  | Total Priority | 60.00 | 60.00 | 0.00 | 0.00 |
| 035 | MICHAEL L. SHERED | 0.00 | 0.00 | 345.00 | 0.00 |
| 999 | MICHAEL L. SHERED | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 345.00 | 0.00 |
| 001 | DEKALB COUNTY CREDIT UNION | 27,753.05 | 0.00 | 0.00 | 0.00 |
| 002 | USDA | 185,240.04 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 212,993.09 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 2,029.30 | 81.17 | 0.00 | 0.00 |
| 004 | CALCARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 639.30 | 25.57 | 0.00 | 0.00 |
| 006 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDITORS RESOURCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DEKALB COUNTY CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ELDER BEERMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PREMIER BANKCARD/CHARTER | 384.81 | 15.39 | 0.00 | 0.00 |
| 014 | FREEDMAN ANSELMO LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | JEFFERSON CAPITAL SYSTEMS, LLC | 847.82 | 33.91 | 0.00 | 0.00 |
| 016 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MEDIACOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 7,901.24 | 316.05 | 0.00 | 0.00 |
| 019 | NATIONAL CREDIT SYSTEMS INC | 787.50 | 31.50 | 0.00 | 0.00 |
| 020 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NELSON WATSON & ASSOC. LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NELSON WATSON & ASSOC. LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NOLAN, ATTY AT LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | PALISADE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | PARAGON WAY INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | PARK DANSAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | QUIRIM FUNERAL HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | RRCA ACCOUNTS MGMT, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ASSET ACCEPTANCE CORP | 1,250.81 | 50.03 | 0.00 | 0.00 |
| 033 | RJM ACQUISITIONS FUNDING LLC | 116.57 | 4.66 | 0.00 | 0.00 |
|  | Total Unsecured | 13,957.35 | 558.28 | 0.00 | 0.00 |
|  | Grand Total: | 227,010.44 | 618.28 | 345.00 | 0.00 |

Total Paid Claimant:       $345.00  
Trustee Allowance:          $0.00  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/01/2007              By  /s/Heather M. Fagan